# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Ogoro Francis-McLeish**
Chief Deputy, Central Islip



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

**FILED**
**CLERK**
9:12 am, Mar 22, 2024
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

March 22, 2024

Peter Mergenthaler
494 Boston Post Road
#C-304
Wayland, MA 01778

RE: 23-cv-06926-JMA-JMW
Mergenthaler et al v. Zimbler et al

Dear Mr. Mergenthaler:

Enclosed please find a copy of your docket sheet along with the Order to Show Cause that was issued by the Court on 3/21/2024. Also, please be advised that your proposed summonses were not issued because they did not conform with the correct AO440 Form (Rev.6/12). Please see the Order to Show Cause for further information. For your convenience, we have enclosed blank copies of the correct AO440 Form so you may fill it out and submit for issuance.

Please take note that the summons must be filled out in its entirety, including the full name and address of the defendant(s) listed on the civil complaint. The summons must be on our official form. Should you need more room you may attach a second page.

Once returned, if properly completed, we will issue the summons and return it to you for service of the summons and complaint on the party(s).

Sincerely,

Brenna B. Mahoney
Clerk of Court

Enc.
CM 3/22/2024