AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Peter MERGENTHALER, Mac Truong )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 23-cv-6926 (JMA) (JAW)
James W. ZIMBLER, Extreme Mobile Coatings Corp., )
Ltd., Extreme Mobile Coatings Worldwide, Corp., )
Structural Enhencement Technologies Corporation, )
Eco-Petroleum Solutions, Inc., )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James W. ZIMBLER, 147 Kay Road, Mechanicsburg, PA 17050; Extreme Mobile Coatings Corp.,Ltd., C/o James W. Zimbler, 147 Kay Road, Mechanicsburg, PA 17050; Extreme Mobile Coatings Worldwide, Corp., C/o James W. Zimbler, 147 Kay Road, Mechanicsburg, PA 17050; Structural Enhencement Technologies Corporation, C/o James W. Zimbler, 147 Kay Road, Mechanicsburg, PA 17050; Eco-Petroleum Solutions, Inc., C/o James W. Zimbler, 147 Kay Road, Mechanicsburg, PA 17050;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Plaintiff Pro se Peter Mergenthaler, 494 Boston Post Road, Apt. C304, Wayland, MA 01778;
Plaintiff Pro se Mac Truong, 35 Journal Square, Suite 419, Jersey City, NJ 07306;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Laurie Coleman*

Date: 4/11/2024

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Peter MERGENTHALER, Mac Truong )<br><br>*Plaintiff(s)*<br>v.<br>(Chase), Harry Zhabilow, Billy Ray Miller, Immunotec Loboratories, Inc., Charles Cotropia, Enzolytics, Inc., Biogenysis, Inc., Virogenetics, Inc.,<br><br>*Defendant(s)* | Civil Action No. 23-cv-6926 (JMA) (JAW) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chase Bank, N.A., 1000 Rocky Run Pkwy, Willington, DE 19803; Harry Zhabilow, 2000 N.Sentra Express Way, Plano, TX 75074; Billy Ray Miller, 1101 Raintree Circle, Ste 130, Allen, TX 75013; Immunotec Loboratories, Inc., c/o Harry Zhabilow, 2000 N.Sentra Express Way, Plano, TX 75074; Charles Cotropia, 1101 Raintree Circle, Ste 130, Allen, TX 75013; Enzolytics, Inc., 1101 Raintree Circle, Ste 130, Allen, TX 75013; Biogenysis, Inc., 1101 Raintree Circle, Ste 130, Allen, TX 75013; Virogenetics, Inc., 1101 Raintree Circle, Ste 130, Allen, TX 75013;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Plaintiff Pro se Peter Mergenthaler, 494 Boston Post Road, Apt. C304, Wayland, MA 01778;
Plaintiff Pro se Mac Truong, 35 Journal Square, Suite 419, Jersey City, NJ 07306;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/11/2024

*Laurie Coleman*

*Signature of Clerk or Deputy Clerk*