# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MERGENTHALER, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. NO. 2:23-cv-06926-JMA-JMW |
| JAMES W. ZIMBLER, et al. | ) |
| | ) |
| Defendants. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Enzolytics, Inc. (a private non-governmental party), states that there are no parent corporations or publicly held corporations owning 10% or more of Enzolytics, Inc.'s stock.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

/s/ Antranig Garibian
Antranig Garibian, Esquire (Bar No. 4962)
Antranig Garibian, Esquire
18 East 41st Street, 6th Floor
New York, NY 10017
(P) 215-326-9179
ag@garibianlaw.com
ag@garibianlaw.com
*Counsel for Enzolytics, Inc., Immunotech Laboratories, Inc., and Harry Zhabilov*