

# GARIBIAN
## LAW OFFICES

June 19, 2024

*Via ECF*
Hon. Joan M. Azrack, U.S.D.J.
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      **Re:**    ***Mergenthaler v. Zimbler, et al.***
              **(Civil Action 2:23-cv-06926-JMA-JMW)**

Dear Judge Azrack:

      Undersigned counsel represents defendant Harry Zhabilov in this action. Enclosed please find FedEx Proofs of Delivery of the June 7, 2024 Order as served on Peter Mergenthaler and Mac Truong. The Order was delivered to both parties on June 10, 2024. I spoke with counsel for JP Morgan Chase Bank, N.A. and agreed that I would take care of serving the Order for Defendants.

      Counsel is available at the convenience of the Court should there be any questions or additional information required.

      Respectfully submitted,

      ANTRANIG GARIBIAN

cc:    All Counsel of Record *(via e-filing)*
      Peter Mergenthaler *(via regular mail)*
      Mac Truong *(via regular mail)*