

# GARIBIAN
## —— LAW OFFICES ——

June 25, 2024

***Via ECF***
Hon. Joan M. Azrack, U.S.D.J.
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      **Re:**   ***Mergenthaler v. Zimbler, et al.***
               **(Civil Action 2:23-cv-06926-JMA-JMW)**

Dear Judge Azrack:

      Undersigned counsel represents defendant Harry Zhabilov in this action. Enclosed please find FedEx Proofs of Delivery of the June 21, 2024 Order as served on Peter Mergenthaler and Mac Truong. The Order was delivered to both parties on June 24, 2024.

      Counsel is available at the convenience of the Court should there be any questions or additional information required.

                     Respectfully submitted,

                     ANTRANIG GARIBIAN

cc:    All Counsel of Record *(via e-filing)*
       Peter Mergenthaler *(via regular mail)*
       Mac Truong *(via regular mail)*

 June 25, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 776991208536

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 494 BOSTON POST RD APT C304 |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | WAYLAND, MA, 01778 |
| | | **Delivery date:** | Jun 24, 2024 10:00 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 776991208536 | **Ship Date:** | Jun 21, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Peter Mergenthaler,
494 Boston Post Road
#C-304
WAYLAND, MA, US, 01778

**Shipper:**
Antranig Garibian, Garibian Law Offices PC
261 Old York Road
Unit 427
JENKINTOWN, PA, US, 19046

**Reference**         Mergenthaler EDNY

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.



June 25, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 776991230413

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | S.REYNOSA | **Delivery Location:** | 35 JOURNAL SQUARE SUITE 419 |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | JERSEY CITY, NJ, 07306 |
| | | **Delivery date:** | Jun 24, 2024 10:37 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 776991230413 | **Ship Date:** | Jun 21, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Mac Truong,
35 Journal Square
Suite 419
JERSEY CITY, NJ, US, 07306

**Shipper:**
Antranig Garibian, Garibian Law Offices PC
261 Old York Road
Unit 427
JENKINTOWN, PA, US, 19046

**Reference**          Mergenthaler EDNY





# GARIBIAN
## —— LAW OFFICES ——

June 21, 2024

<u>*Via Overnight Mail*</u>
Mac Truong
35 Journal Square
Suite 419
Jersey City, NJ 07306

<u>*Via Overnight Mail*</u>
Peter Mergenthaler
494 Boston Post Road
#C-304
Wayland, MA 01778

**Re:** ***Mergenthaler v. Zimbler, et al.***
**(Civil Action 2:23-cv-06926-JMA-JMW)**

Dear Messrs. Truong and Mergenthaler:

Undersigned counsel represents defendant Harry Zhabilov in this action. Enclosed please find the Court's Electronic Scheduling Order dated June 21, 2024.

Sincerely,

ANTRANIG GARIBIAN

AG/kb
Enclosure

261 Old York Road, Unit 427, Jenkintown, PA 19046 • 18 East 41st Street, 6th Floor, New York, NY 10017
Brandywine Plaza East, 1523 Concord Pike, Suite 400, Wilmington, DE 19803
215.326.9179 • 302.722.6885 • ag@garibianlaw.com • www.garibianlaw.com

**Kathy Brown**

From: ecf_bounces@nyed.uscourts.gov
Sent: Friday, June 21, 2024 1:04 PM
To: nobody@nyed.uscourts.gov
Subject: Activity in Case 2:23-cv-06926-JMA-JMW Mergenthaler et al v. Zimbler et al Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 6/21/2024 at 1:04 PM EDT and filed on 6/21/2024

Case Name: Mergenthaler et al v. Zimbler et al
Case Number: 2:23-cv-06926-JMA-JMW
Filer:
Document Number: No document attached

**Docket Text:**
ELECTRONIC SCHEDULING ORDER: Consistent with the parties' joint proposed schedule and page limitations (DE [48]), briefing and service for the joint motion to dismiss by Defendants JP Morgan Chase Bank, N.A. and Harry Zhabilov will be as follows: (1) Defendants' memorandum of law of no more than twenty-give pages shall be served on Plaintiffs by 7/29/2024, (2) Plaintiffs' opposition memorandum of law of no more than twenty-five pages shall be served on Defendants by 8/12/2024, and (3) Defendants' reply memorandum of law of no more than fifteen pages shall be served on Plaintiffs by 8/26/2024. Defendants shall *file* all motion papers together under the "bundling rule" set forth in the undersigned's Individual Rule IV.G.2. The parties are warned that the Court will not consider submissions that exceed these page limitations. See Lue v. JPMorgan Chase & Co., 768 F. App'x 7, 9 (2d Cir. 2019).

1

Defendants shall serve a copy of this Electronic Scheduling Order upon Plaintiffs and file proof of service by 6/25/2024. Ordered by Judge Joan M. Azrack on 6/21/2024. (CB)

**2:23-cv-06926-JMA-JMW** Notice has been electronically mailed to:

Tyler Jay Kandel    tkandel@shermanatlas.com

Antranig Niaz Garibian    ag@garibianlaw.com, kb@garibianlaw.com, sr@garibianlaw.com

Anthony Carmine Valenziano    avalenziano@shermanatlas.com

**2:23-cv-06926-JMA-JMW** Notice will not be electronically mailed to:

Mac Truong
35 Journal Square
Suite 419
Jersey City, NJ 07306

Peter Mergenthaler
494 Boston Post Road
#C-304
Wayland, MA 01778