| | |
|---|---|
| PETER MERGENTHALER,<br>Plaintiffs, | **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>Case No.: 2:23-cv-6926 (JMA)(JMW) |
| v. | |
| JAMES W. ZIMBLER, EXTREME MOBILE COATINGS CORP, LTD, EXTREME MOBILE COATINGS WORLDWIDE, CORP., STRUCTURAL ENHANCEMENT TECHNOLOGIES CORPORATION, ECO-PETROLEUM SOLUTIONS, INC., CHASE BANK, HARRY ZHABILOV, BILLY RAY MILLER, IMMUNOTECH LABORATORIES, INC., CHARLES COTROPIA ENZOLYTICS, INC., BIOGENYSIS, INC., and VIROGENETICS, INC.,<br>Defendants | |

## NOTICE OF DEFENDANT
## CHARLES COTROPIA'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that defendant Charles Cotropia, by and through his attorneys, Garibian Law Offices, P.C., will apply to the Honorable Joan M. Azrack, U.S.D.J. for an Order granting the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing the Amended Complaint with prejudice as to Mr. Cotropia.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Mr. Cotropia will rely upon the Memorandum of Law attached herewith, and the Affidavit of Mr. Cotropia attached herewith.

**GARIBIAN LAW OFFICES, P.C.**
Antranig Garibian, Esq.
18 East 41st Street, 6th Floor
New York, New York 10017
Tel. No: (215) 326-9179
*Attorneys for Defendant*
*Charles Cotropia*
