IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PETER MERGENTHALER.

    Plaintiff,

v.

JAMES W. ZIMBLER, et al.

    Defendants.

C.A. NO. 2:23-cv-06926-JMA-JMW

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

Charles Cotropia, being duly sworn, deposes and says:

1. I submit this affidavit ("Affidavit") based on my personal knowledge.

2. I am over the age of eighteen. I am a defendant in this action.

3. I am fully familiar with the facts and circumstances underlying this action.

4. I am a resident of Texas.

5. I do not conduct business in New York.

6. I do not have a registered office, principal place of business, nor do I own or rent real property in New York.

7. I do not have any banking or financial accounts in New York.

8. I do not have an address or telephone number in New York.

9. I do not have any employees in New York.

10. I was never personally served with any of the pleadings in this lawsuit nor did I authorize anyone to accept service of any pleadings on my behalf.

11. I am aware that on April 18, 2024 (ECF Doc. No. 34), Plaintiff filed what Plaintiff purported to be affirmations of service by process server Robert Baker. The process server, identified in the proof of service as "Robert Baker, Plaintiff Mergenthaler's close friend", stated that the summons was left at my residence on April 12, 2024 with "Jane Doe." The proof of service does not identify where that address was effectuated.

12. The summons indicates that the address used for me was 1101 Raintree Circle, Ste 130, Allen, TX 75013. This is not my address. This has never been my address.

13. On April 12, 2024, I was not an officer, director, employee, advisor or representative of Enzolytics, Inc. nor did I hold any position with Enzolytics, Inc. on that date.

_____
Charles Cotropia

STATE OF Texas

COUNTY OF Rockwell

On the 6th day of October, 2025 before me, the undersigned, personally appeared Charles Cotropia, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Erika Minjarez
Notary Public

ERIKA MINJAREZ
Notary Public, State of Texas
Comm. Expires 12-05-2026
Notary ID 130043629